UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MIGUEL BALLINAS DE JESUS, et al.,

                                **Plaintiffs,**

                -against-

**UPPER WEST SIDE PIZZA INC., et al.,**

                               **Defendants.**

------------------------------------------------------------------X

**20-CV-8727 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On April 6, 2021, the parties appeared before me for a settlement conference. The parties reached a settlement on that day, and pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), they must file their settlement papers for approval by this Court. Accordingly, the parties shall file their settlement papers no later than May 7, 2021.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:       April 28, 2021
                New York, New York