UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL BALLINAS DE JESUS, et al.,

                                        Plaintiffs,

              -against-

UPPER WEST SIDE PIZZA NYC, INC., et al.,

                                        Defendants.

-----------------------------------------------------------------X

**20-CV-8727 (SN)**

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2021

**SARAH NETBURN, United States Magistrate Judge:**

On April 6, 2021, the parties appeared before me for a settlement conference. At that conference, the parties agreed to the terms of a settlement agreement. On April 30, 2021, the parties submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 70. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 3, 2021
               New York, New York